# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE MIDWEST TEAMSTERS MEMBER 401(k) PLAN,<br><br>Plaintiff,<br><br>v.<br><br>H. BROOKS AND COMPANY LLC, *doing business as* H. Brooks and Company; and JASON JAYNES, *as Manager of H. Brooks and Company LLC, in his personal capacity*,<br><br>Defendants. | Civil No. 21-2212 (JRT/JFD)<br><br><br><br>**ORDER** |

This matter is before the Court on the Report and Recommendation issued on February 10, 2022 (Dkt. No. 11). No party has objected to the Report and Recommendation. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Dkt. No. 11) is **ADOPTED**; and

2. All claims against Defendant Jason Jaynes are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).

Dated: May 16, 2022　　　　　　　　　　　　　___s/John R. Tunheim____
at Minneapolis, Minnesota　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court